UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| IN RE: | MDL No. 2859 |
| ZIMMER M/L TAPER HIP PROSTHESIS OR M/L TAPER HIP PROSTHESIS WITH KINECTIV TECHNOLOGY AND VERSYS FEMORAL HEAD PRODUCTS LIABILITY LITIGATION | 18-MD-2859 (PAC)<br>18-MC-2859 (PAC)<br><br>**Individual Case No.**<br>**1:20-cv-09213 (PAC)** |

*This Document Relates to:*

*Thomas D. Morgan & Sharon L. Morgan v. Zimmer, Inc., Zimmer US, Inc., Zimmer Biomet Holdings, Inc. f/k/a Zimmer Holdings, Inc.*

------------------------------------------------------------------x

[handwritten: 3/21/2022 Substitution Granted /So Ordered/ Paul A Crotty USDJ]

## PLAINTIFFS' MOTION FOR SUBSTITUTION OF PARTY AND LEAVE TO FILE AN AMENDED COMPLAINT

1. This case was filed on November 3, 2020 with the above caption. Subsequently, Thomas D. Morgan passed away on May 10, 2021. A Suggestion of Death has been filed.

2. Sharon L. Morgan is the Personal Representative of the Estate of Thomas D. Morgan, and wishes to substitute as true party in interest herein in her own stead, on behalf of the Estate, and on behalf of the statutory beneficiaries pursuant to Fed.R.Civ.P.25(a).

Plaintiffs respectfully request the Court approve the substitution of party and request leave to file an Amended Short Form Complaint to reflect the case style changes. Defendant has been consulted and does not oppose this motion. Plaintiffs' counsel has obtained consent of the court to file this without the need for a pre-motion conference. Thus, Plaintiffs respectfully request leave to file an Amended Complaint, with the proposed Amended Complaint annexed hereto (Exhibit A).